JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HUFFORD, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br>HYUNDAI MOTOR AMERICA, a California corporation, and KIA AMERICA, INC., a California corporation,<br><br>    Defendants. | Case No. 8:22-cv-01715-DOC-KES<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY CASE** |

## ORDER

Before the Court is the Stipulation filed by Plaintiff Steven Hufford and Defendants Kia America, Inc. and Hyundai Motor America. Good cause appearing therefor, the Court APPROVES the Stipulation and STAYS all deadlines, including all pleading deadlines, in the instant action.

**IT IS SO ORDERED.**

Dated: December 21, 2022

*David O. Carter*

The Honorable David O. Carter
United States District Judge